# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE BLAIR** | : | |
| Plaintiff, | : | |
| v. | : | NO. 1:15-CV-00162-KS-RHW |
| **ATLANTIC SCAFFOLDING CO., LLC; et al.,** | : | |
| Defendants. | : | |

## ORDER APPROVING CONDITIONAL SETTLEMENT

This cause is before the Court on the Parties' Joint Motion to Approve Conditional Settlement (Doc. 122), filed jointly by the Parties on January 10, 2017. Having reviewed the Parties' Joint Motion to Approve and the authority cited therein, the Court finds that the Parties' Conditional Settlement is due to be APPROVED.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Parties' Joint Motion to Approve Conditional Settlement (Doc. 122) is hereby **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2017.

s/Keith Starrett
UNITED STATES DISTRICT JUDGE