IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE BLAIR** | : |
|     **Plaintiff,** | : |
| v. | :   NO. 1:15-CV-00162-KS-RHW |
| **ATLANTIC SCAFFOLDING CO., LLC; et al.,** | : |
|     **Defendants.** | : |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the Joint Motion to Dismiss of Plaintiff, TERRANCE BLAIR, and Defendants, ATLANTIC SCAFFOLDING COMPANY, ATLANTIC SCAFFOLDING COMPANY, LLC, and BROCK SERVICES, LLC, for a dismissal of Defendants, ATLANTIC SCAFFOLDING COMPANY, ATLANTIC SCAFFOLDING COMPANY, LLC, and BROCK SERVICES, LLC, from this cause with prejudice, and the Court, being advised that the parties have reached an agreement as to a resolution of all remaining claims, and that there remain no issues to be decided between the parties, is of the opinion that said Motion should be sustained and that Defendants, ATLANTIC SCAFFOLDING COMPANY, ATLANTIC SCAFFOLDING COMPANY, LLC, and BROCK SERVICES, LLC should be dismissed with prejudice. It is therefore,

ORDERED AND ADJUDGED that Defendants, ATLANTIC SCAFFOLDING COMPANY, ATLANTIC SCAFFOLDING COMPANY, LLC, and BROCK SERVICES, LLC, are hereby dismissed with prejudice, along with all remaining claims of the Plaintiff herein, with each party to bear their own costs.

ORDERED AND ADJUDGED this the   30th   day of January, 2017.

{03885667.1}

                                                        s/Keith Starrett
                                                UNITED STATES DISTRICT JUDGE

APPROVED AS TO CONTENT AND FORM:

*/s/ Jonathan E. Sholtis*                       */s/ H. Finn Cox, Jr.*
JONATHAN E. SHOLTIS, MSB #99866      H. FINN COX, JR., MSB # 104750
Attorney for Plaintiff                            Attorney for Atlantic Scaffolding Company,
                                                   Atlantic Scaffolding Company, LLC, and
                                                   Brock Services, LLC